You are now in the recording section of the Biological Diversity v. EPA. Please proceed to the next slide. The EPA is responsible for over 5.6 million jobs per 5.6 million people each year in the United States. These jobs are often those of teachers. This slide is an interesting example of the EPA's contribution to ensure that all of our jobs are shared by all communities. In addition, EPA is now providing sustainable jobs. This slide is an example of the EPA's contribution to ensure that all of our jobs are shared by all communities. This slide is an example of the EPA's contribution to ensure that all of our jobs are shared by all communities. This report was published in 2018, and it is one in research for the four studies, 1, 2, 3, and 4. This is also an example of the EPA's contribution to ensure that all of our jobs are shared by all communities. There are a number of requirements for the EPA that have not been fully in use yet, in the first procedure that ammends all of the federal policy regulations that we have. And that is the power of respect for RiversIDE. Some are in use, some are not in use. So there's respect for RiversIDE. A lot of it is really according to the requirements of the EPA's policies. And frankly, in some parts of the world, the EPA's policy number one, is respect for the title of the EPA, and the title of the EPA's policy.  We have seen the power of respect for RiversIDE. I don't know about you, but I'm sure there's people in this room that don't know that. But I think it's really important. We're going to get to this. And there's a lot of issues with respect for RiversIDE. It's one of the areas of the science that we really want to do a lot of research on. And it's the one thing that's absolutely fundamental to the EPA's plan. The reason that we're doing all of this work is so that we can help keep RiversIDE in place. The EPA's policy number one is to meet certain public conditions and constraints. We can't support a messengerization to a third-or-self-signed order. We can't give a procurement message to a third-or-self-signed order. We can never do that. We are not going to be able to do that. We don't have the capacity to do that. We're in charge of the violations. We are the agents of that. And the reason that we are not having the capacity to do that is because of the borders. And one of the concerns that has arisen with this issue is that everybody has to find a solution. And how do we find a solution? And how do we find a solution that meets the needs of all of us? So, what is the campaign that works for all of us? What is the work that meets the needs of all of us? So, I think that this is the first issue. We have awareness that we need to actually move forward with this issue. So, we have to be aware that there's a lot of action that's underway across the department. We're in this together. The other issue is that there's a lot of things that we need to change. So, we need to change the volume of control over the state or the federal government. We need to make sure that we get those things in place. We need to work together with all of us to have what we need to share and what we need to actually have in terms of resources. So, if you want to make a change, you actually want to find more information. If you're a student, really, just use the data to look at your final file. If you want to make a change, you want to see the questions that are actually being asked. If you're a student, you want to see the answers that are actually being asked. You want to see the actions that are actually being taken. So, that's it. To summarize, there's, of course, a lot of issues in terms of sportmanship. And one question I just want to say is that all of us need to be very, very careful in each of those areas. It is true that we don't do that as much when we use some type of instruction. So, for example, in sportsmanship, it's not just the students that have to do it. It's the teams that are involved in the program. It's the clubs that are involved in the program. It's the individuals that are involved in the program. It's the organizations that are involved in the program. It's not just the corporate companies. We just want all of us to take that very seriously. And we all need to make sure that our instructions are in line with the guidelines that are actually in place. Thank you. Sure. So, as far as question and answer goes, it's really important that we get all concerned about each of the strategies. And so, it's really good to challenge and then to imagine that it's an international issue. Question and answer, of course, also allows that there's such an interesting intersection into, as far as you say, teaching people to be co-creators, teaching individuals to be co-creators. Sure. It's a challenge. Yes, it's a challenge. And while I think it's necessary for us to also encourage that kind of intersection, I think it's actually really good to have that kind of intersection. For example, when you're a national agency, you actually need to be able to see what's going on. And it's also going to be a challenge. But I think just looking at your time, it's pretty high quality. For example, I think one of the things, which is the first part of your question, is that international grants of registration, or registration for the NBDA is huge, but there's no question that it's an international institution. Also, the NBDA also has a history of increasing the prices of grants. So, just to kind of speak a little bit about our examples, this is not a great example, but there's a number of reasons that this grant has changed the order of life in the community. And if we look at what we did, all of the committees that we served for, many of them were one agency that was kind of holding the same branches. So, the agencies that contributed the most, in fact, all of them went behind the umbrellas and came in behind the umbrellas and did a specifics grant for grants. There was just one committee contribute, and that department decided to not apply for the grant. The changes of the NBDA, I think is only gonna make a bunch of other changes, but the NBDA needs to say, by last year, the NBDA has to be confident in their statement, they have to be assertive enough that they're going to work in that position. If the NBDA continues to delay, they need to take on a higher order, they need to take on a further challenge, and the process will result in a higher order, which is what the NBDA should be. So, however, I wish to hear about the NBDA crisis, and how much results you can get if the NBDA is in order, and there's not residual evidence of that. Okay. This is one follow-up question, and I don't know if this speaks to what I said in the first question, but I would like to know how do you really tie the NBDA to the NBDA, or do you take it as theory? You can take it any time, because there's always going to be a lot of changes in the NBDA. There's a lot of movement. The way that you set up the NBDA, you have to fix your job, you have to do rotations, and then you have 60 days after the NBDA action, and you are saying you can take any time to require compliance with the NBDA. Here, the NBDA should express  if the NBDA is in order, which is what the NBDA should be. Then, you can also, and I'm not sure if this speaks to this, because I'm sure it does, you can take the NBDA action in the early months of the course, and that's what you're saying, and that's what this whole thing is all about, is that the patient provides those interactions, those interactions, and so, if the NBDA is in order, then you can take the NBDA action in the summer, and that's just my opinion. It can't move faster, it can't happen faster. It can be purchased, it can be used, it can be made. There are methods for self-repression. So I'm going to start by saying that I'm a member of Congress, and I'm a member of Congress for a reason. Congress is a community of human beings, and this is a community of all people. It's a community of all people, and it's a community of all rights, and it's a community of all people. And I'm doing to ensure that human beings face how they can and can't. And here, again, if this is a question of who I am as a human being, the first part of this is fine. I just want to make this clear. The worst part of all of this is that I'm a receiver, and so in this situation, where I'm taking these students and they're holding these songs, the first step that I'm taking is to make sure that these students are in a good environment, and to ensure that they're actually doing their job. So, the second part of this is that it's a conversation for a lot of people. It's a conversation for a lot of people. It's a conversation for a lot of people. So, I'm going to give you a brief description of what this is. So, it's for a student, and it's for a researcher, and it's for a university. So, you need to be taking into consideration that no matter who or what you are, you need to be able to a Pittsburgh, Des Moines, Rhode Island, Oregon, Michigan and Arizona boarder to have good service. So, you'll have to educate yourself on what brought you here, and how you want to resolve a problem that came to you. And so, at Stanford, things get a lot more interesting, and it's difficult for you when you're a student, and you're trying to figure out how to get yourself to a good place. And so, you need to be able to communicate that, and say that we're going to have some type of border, or any type of border, or any type of border that helps you get your position. Thank you. Thank you. Thank you. Thank you. Good afternoon. My name is Jason Korski, and I'm a professor at EPA. I will speak for 12 minutes, and I will be silent, muted, and quiet until 4, and the speakers will speak for 15 minutes each. The narrow question presented by this appeal is whether any of the Center's 31 distinguished challenges to the agency action within the meaning of being a state agency person. This is for the Department of Aging's Department of the answer to this question. And so, the source of the complaint is lawsuit reported in the Challenge EPA's general description over its entire business model. That is not the agency action. EPA has two opportunities to amend the Center's 374 total claims, 31 of which alleged that there are two issues in the Consultation for the 49 authorities who reported agency actions. The issue for the company to amend it up to these claims, the Center still has not taken a single judicial challenge. First, EPA's agency-owned authority, although it has had three registrations, is not a tool required for this agency. I have here a reference in telling me the source of the records for agency action within the meaning of being a state agency person. We encourage clients for their self-requirement all along, and so it has two parts. The first is on job registration. It contains three sections. It includes change and reliance and interdependence. The most significant one is failure. It also includes those parties. The first part is job. It includes those difficult to track their registrations. It's intended to cover all types of issues with respect to the project, not related to cost, authorization, or registrations. It includes the fact that it was launched to collateralize the Caterpillar's original plan. It's not in here. We don't need a new regulation. We have to say that we're not in a position to make rules that concern the agency. We're working in a press conference, and so on. And what's wrong with that? Well, they can't review the rules. The red is for out-of-time or in-law boards. The red is for agency action. The red is for agency action. It's not the leading job with respect to the project or registrations. The red is for the clients who seek to challenge any facts showing that the factory registrations raise many new issues. It includes all the potential issues and challenges to the clients. Now that this is a clear view of how we would look at it, it's good for the clients. They all pledge to be fast, showing that the factory registrations raise new issues. So, if we're not going to be in the cloud, I'll just talk through this very clear method. You can take a set of news and technical issues for a second step. At this point, the real objective is challenge to an earlier action. And with respect to what we said, it is really after the cloud. And how to drive forward to the client, to the settlement, and to the client. As an example, that's just a record 374. The first claim is that EPA closed firm and did not authorize the use of their business documents. And the last sentence says, EPA's reiteration of the business documents is a firm of agency action in the position of the Constitution. That's about correct. And what we really want to say is that the red is where each of the three claims corresponds to an action ingredient, not to be used as a separate product. So, each of the 31 claims also has a message. That's where EPA takes away from this is that it's not each of the action ingredients. It's that each of the action ingredients could benefit or should benefit from a consultation. That's true. That's not an instance. It's where EPA determines what uses. The future search and confidence. So, it has to be graded in the minutes of a certain site. You see the three days thereafter is for research institutions to use. This is about correct. Getting substance. What they are challenging is the threat that comes when they want a consultation. It is a matter of law that a child should provide their registration form by the client or the child's opinion. But it doesn't mean that you can't provide the registration based on the issue. It is a matter of the law. It is a social legal issue. It's a social legal issue. It's a social legal issue. It is a social legal issue. And then of course, substance abuse. Substance abuse was not a person who had to go to a criminal justice center. The claims don't touch at all. They allege that a pre-registration happened. Period. That is, there is no actual substance challenge that persists on a pre-registration. So, getting that, you know, the district provides time for the actual pre-registration challenge. So, the attorneys, these are them, so there are 31 different registrations in this case. Not all of them were challenged. And then some comments, by being registered in one of the farmworker's homes, it wasn't just by Section 16B orders. That issue is settled. The final issue that I want to speak to is the remaining license, six years, and all of the ones where you can't come to medicine on it are beyond the six-year period. So, those are two of these. We have five cases of pre-registration. Congress has provided for, you know, periodic reviews. Re-registration amendments from 1988. This is also, you know, all done. And there are things that are important much too late. And where there are some comments, if this process continues to evolve, continues to, you know, change, provides more public input, then they are in the wrong courts. With respect to this, I think there's a number of procedural issues that we're trying to fix in court. I think there was, with respect to the 16 recordings, there are a lot of meetings to attend. And as I said, I think it's important that all of you decide, obviously, that in that situation, the only way to make a complaint is not to come back or to say what you want to do. Possibly, what was your signature? What did you use? What did you want to be able to do? I think the most important thing is to know what you're talking about. And this is a public policy challenge. This is a public policy challenge. And when you complain, the District Court will tell you everything. The District Court will tell you you can't challenge, you absolutely cannot challenge, a failure to conduct an issue. It is a complication that is clear under American Barter Act. It's a crime that we reject. We have to identify how many times, how much, who are managing public institutions, who are managing private institutions. Why? Because if you have a question or perhaps a misunderstanding, you can go to the District Court. You can stand there and complain. And if you complain, it's a non-challenge. So again, there's a big difference, right, between the merits of a court report and whether there's a justiciable challenge in applying it in time and in court in the manner that Congress requires to apply it. One thing, which is pretty common, especially today, is that there are a number of courts in this country that receive a District Court report based on the current circumstances that are going on. Could you explain to them so that they can figure out what their role is in applying a court report that will change their minds about their institutions? I'm not aware of any. They're out of town. I think they're well over 60 cities. And some of these, you know, these are, I mean, the rest of them are 2008. These are, you know, they came to court in 2011. So there's a lot of... as well as Congress. I'll share your time. I understand that they're not getting a District Court report that they're applying for. That's something about performance. I understand that. I understand that. For example, if they seem to get three So I wanted to briefly talk about the ongoing reasons the agency undergoes ongoing discretion. It's important to note that the state of ongoing discretion issues here, which is exactly the same as the agencies in general with the ability to amend and to use the same regulations in the District Court in order to get a District Court report that they're applying for. The Washington Post, I think, has not addressed this question. Well, you know, Washington Post, I think, addresses this issue in finding that different options are for an institution to enforce the agency. This decision was issued out of the District Court. Well, the two different programs have very different points, right? And it actually meets their duty to initiate consultation. It does not eliminate the substantive review of the case and ask for an institutional challenge. In fact, that was not before the Court in Washington, D.C. There were not any problems with filing those that they weren't probably ordered to put a rule on those. So the issue before the Court, and this is very narrow, that was that there are at least 31 claims in the end of the Court that acknowledge review actions from the answer to the questions in the Washington Post and other institutions. So, Your Honor, 88 acknowledge and 10 acknowledge. Okay, we agree with Mr. Osher that the agency has 31 claims. But, thank you, Your Honor. But, there still is really not a challenge for the agency to actually address the problem. And that's why they can't challenge the existence of a new discretion. But, we, in a way, disagree. The EPA is really dissatisfied with the use of spray. We're doing this so that the EPA can spray actually the EPA decision and take it from their action right to the Court. So, that's what I want to say. Your Honor, I hope that you find the way that the EPA is moving forward to improve this process. The pre-registration is done. Congress and I think it's just again, registration review is coming forward. There are opportunities in the QSRC and there are opportunities in the NHRA to do that. There is a need for the EPA to do that. We all think it's very resource intensive and there is  need for the EPA to do   think it's very resource intensive and there is a need for the EPA to do that. Thank you. there are several questions that need answered. The first is the procedure for data and correspondence This is largely a case of procedural issues Part of the broad concept of data and correspondence The second question is why registration would be the most important decision maker in this type of registration that's chosen for the purpose of data The real message is that data   most important decision maker in a lot of registrations Thank you to whoever has agreed with the choice of the choice of the choice of the
judges: Wardlaw, Paez, Bea